IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02275-REB-KLM

ROBERT PIPKINS,

    Plaintiff,

v.

RYAN TAILLON,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion to Strike Plaintiff's Notice (Doc. 47) or, in the Alternative, Find That It Supports Defendant's Motion for Summary Judgment (Doc. 43)** [#48][1] (the "First Motion") and Plaintiff's **Motion for Production of Video Camera Footage** [#60] (the "Second Motion").

    On July 24, 2014, the Court entered its Recommendation of United States Magistrate Judge [#65] (the "Recommendation") regarding Defendant's Motion for Summary Judgment [#43] in which the Court recommended that the motion for summary judgment be granted and discussed the consideration given to Plaintiff's untitled document that serves as Plaintiff's response [#47] to the motion for summary judgment. *See Recommendation* [#65] at 16-17. Ultimately, the Court recommended that Plaintiff's claim against Defendant be dismissed without prejudice. *Id.* at 19. Accordingly,

    IT IS HEREBY **ORDERED** that the First Motion [#48] and the Second Motion [#60] are **DENIED as moot**.[2]

    Dated: July 28, 2014

---

[1] "[#48]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Minute Order.

[2] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d).