**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02275-REB-KLM

ROBERT PIPKINS,

    Plaintiff,

v.

RYAN TAILLON,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#65],[1] filed July 24, 2014. No objection having been filed to the recommendation, I review it for plain error only. *See **Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] I perceive no such error in the magistrate judge's recommended disposition. Defendant has met its burden to assert and demonstrate plaintiff's failure to exhaust his administrative remedies, and plaintiff has failed to meet defendant's evidence with

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter. ***Morales-Fernandez***, 418 F.3d at 1122. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. *See **Erickson v. Pardus***, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

admissible, competent evidence establishing that administrate remedies were unavailable to him. I therefore find and conclude that the magistrate judge's thorough and well-reasoned recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#65], filed July 29, 2014, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendant's Motion For Summary Judgment** [#43], filed November 26, 2013, is **GRANTED**;

3. That plaintiff's claims against defendant are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

4. That judgment without prejudice **SHALL ENTER** on behalf of defendant, Ryan Taillon, identified in the caption as "Officer Mr. Taillon," against plaintiff, Robert Pipkins, as to all claims for relief and causes of action asserted against him in this action.

Dated August 25, 2014, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge