**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02275-REB-KLM

ROBERT PIPKINS,

    Plaintiff,

v.

RYAN TAILLON,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the order adopting recommendation of the United States Magistrate Judge, entry 67 of Judge Robert E. Blackburn entered on 8/25/2014 it is ORDERED that judgment without prejudice **SHALL ENTER** on behalf of defendant, Ryan Taillon, identified in the caption as "Officer Mr. Taillon," against plaintiff, Robert Pipkins, as to all claims for relief and causes of action asserted against him in this action.

    Dated at Denver, Colorado this 25th day of August, 2014.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                By: s/   T.Lee

                                                T.Lee
                                                Deputy Clerk